■ Joyce Hochman, Appellant, v Board of Education of the City of New York, Respondent. [604 NYS2d 757] —In an action to recover damages for personal injuries, the plaintiff appeals from a judgment of the Supreme Court, Queens County (Lerner, J.), entered July 18, 1991, which, upon a ruling at the close of opening statements at trial, is in favor of the defendant dismissing the complaint.

Ordered that the judgment is reversed, on the law, and a new trial is granted, with costs to abide the event.

Since a valid theory of negligence was offered to support the plaintiff's complaint, the court erred in dismissing the complaint after opening statements *(see generally, De Vito v Katsch,* 157 AD2d 413). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.

■ Bradley Krauss, Appellant, v Joseph Dertinger, Respondent. [604 NYS2d 757] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Burke, J.), dated September 3, 1991.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Burke at the Supreme Court. Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.